UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI,<br><br>           Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>           Respondent. | Case No. 2:22-cv-09490-RGK (MAR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: January 28, 2025

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
United States District Judge